No. 85–5583.   BURTON *v.* SARGENT, WARDEN, *ante,* p. 1011; and
No. 85–5584.   BURTON *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante,* p. 1011.   Petitions for rehearing denied.

No. 85–5382.   WALLACE *v.* UNITED STATES, *ante,* p. 908.   Motion for leave to file petition for rehearing denied.

FEBRUARY 10, 1986

No. A–593.   ROOK *v.* RICE, WARDEN.   Application for stay of execution of sentence of death scheduled for Friday, February 14, 1986, presented to THE CHIEF JUSTICE, and by him referred to the Court, is granted pending the timely filing and disposition by this Court of a petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

FEBRUARY 13, 1986

No. 85–5989.   HORAN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.

FEBRUARY 14, 1986

No. 85–6119.   IN RE O'DELL.   Petition for writ of mandamus dismissed under this Court's Rule 53.

No. A–622.   KENNEDY *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Application for stay of execution of sentence of death scheduled for Tuesday, February 18, 1986, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending the timely filing and disposition by this Court of a petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.